

VICENTE TROY HUNT,  )
  )
      Plaintiff,  )
  )
v.  )    Civil Action No. 19-3600 (UNA)
  )
JUDGE,  )
  )
      Defendant.  )

## **MEMORANDUM OPINION**

The Court has reviewed plaintiff's complaint, keeping in mind that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claims being asserted such that they can prepare a responsive answer, prepare an adequate defense, and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

The complaint alludes to the United States and leaders of foreign countries including Mexico, Venezuela, China, and Russia. No defendant reasonably could be expected to identify a viable legal claim or prepare a proper response to the complaint, however. As drafted, plaintiff's

*pro se* complaint fails to comply with the minimal pleading standard set forth in Rule 8(a). Therefore, the Court will grant the application to proceed *in forma pauperis* and will dismiss the complaint without prejudice. An Order consistent with this Memorandum Opinion is issued separately.

DATE: January 29, 2020

AMIT P. MEHTA
United States District Judge